No. 02–8477. SHULER v. SHULER. Sup. Ct. P. R. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 14, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–9133. IN RE SCOTT. Petition for writ of habeas corpus denied.

No. 02–1051. IN RE BRUETMAN;
No. 02–8425. IN RE DIXON;
No. 02–8546. IN RE ROSS; and
No. 02–8558. IN RE PARNELL. Petitions for writs of mandamus denied.

No. 02–8512. IN RE KOLODY. Petition for writ of mandamus denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–8462. IN RE CADOGAN. Petition for writ of mandamus and/or prohibition denied.

No. 02–809. MARYLAND v. PRINGLE. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 02–662. FISHER v. HART. C. A. 9th Cir. Certiorari denied.

No. 02–710. CASA DE CAMBIO COMDIV S. A. DE C. V. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–724. DAVIS, GOVERNOR OF CALIFORNIA, ET AL. v. THOMPSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–734. PENN TRIPLE S, T/A PENN VENDING CO., ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.